# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TIARA L. HILL  
3307 BLACKSTONE AVENUE   SSN-xxx-xx-7362  
ROCKFORD, IL  61101

Case Number: 07-71713

Case filed on: 7/19/2007  
Plan Confirmed on: 10/22/2007

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $1,875.00            Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 625.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 625.00 | 0.00 |
| 999 | TIARA L. HILL | 0.00 | 0.00 | 125.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 125.00 | 0.00 |
| 001 | CITIZENS FINANCE | 7,873.62 | 7,873.62 | 536.55 | 474.81 |
|  | Total Secured | 7,873.62 | 7,873.62 | 536.55 | 474.81 |
| 002 | CITIZENS FINANCE | 306.07 | 306.07 | 0.00 | 0.00 |
| 003 | ACE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ASPIRE VISA | 956.36 | 956.36 | 0.00 | 0.00 |
| 006 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | COLLECTION BUREAU OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CONTINENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CUSTOMER SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | DEBT RECOVERY SOLUTIONS | 331.97 | 331.97 | 0.00 | 0.00 |
| 013 | EQUIFAX RISK MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | HARCOURT LEARNING DIRECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | HARVARD COLLECTION SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | KEN GORDON | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | NATIONAL BUSINESS FACTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | NICOR GAS | 802.59 | 802.59 | 0.00 | 0.00 |
| 020 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | PROFESSIONAL COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | READERS DIGEST | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | RETRIEVAL MASTERS CREDITORS BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | RISK MANAGEMENT ALTERNATIVES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ROCKFORD REGISTER STAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ROUNDUP FUNDING LLC | 544.53 | 544.53 | 0.00 | 0.00 |
| 030 | ASSET ACCEPTANCE CORP | 260.14 | 260.14 | 0.00 | 0.00 |
| 031 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | TATE & KIRLIN, ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | WAL-MART STORES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | ROUNDUP FUNDING LLC | 196.68 | 196.68 | 0.00 | 0.00 |
|  | Total Unsecured | 3,398.34 | 3,398.34 | 0.00 | 0.00 |
|  | Grand Total: | 13,971.96 | 13,971.96 | 1,286.55 | 474.81 |

Total Paid Claimant:     $1,761.36  
Trustee Allowance:       $113.64  
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008                 By  /s/Heather M. Fagan